UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. ARZAGA,<br><br>         Plaintiff,<br><br>     v.<br><br>MATTHEW CATE, et al.,<br><br>         Defendants. | No.  2:16-cv-0151 AC P<br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the in forma pauperis request (which must be completed by an official at plaintiff's place of incarceration) has not been filled out.  Also, plaintiff has not filed a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy of his trust account statement for the relevant period.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Plaintiff shall, within thirty days from the filing date of this order, submit a newly completed affidavit in support of his request to proceed in forma pauperis on the form provided herewith by the Clerk of Court; the certificate portion of the affidavit shall be completed by an

1

official at plaintiff's place of incarceration; and plaintiff shall attach a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of his complaint.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

3. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: February 3, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE