UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. ARZAGA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-0151 AC P<br><br><br>ORDER |

　　　By order and judgment filed October 26, 2016, this action was dismissed without leave to amend.  See ECF Nos. 29, 30.  Due to this dismissal, the court will no longer respond to any documents filed in this case.  Therefore, the Clerk of Court is directed to remove the active case designation from plaintiff's subsequently filed motion for preliminary injunction, see ECF No. 33, and to refrain from responding to any further documents filed in this case.

　　　IT IS SO ORDERED.

DATED: November 2, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE